```
                                          CLERK'S OFFICE U.S. DIST. COURT
                                                  AT ROANOKE, VA
                                                     FILED for Hburg

        IN THE UNITED STATES DISTRICT COURT      DEC 0 1 2006
       FOR THE WESTERN DISTRICT OF VIRGINIA
             HARRISONBURG DIVISION             JOHN F. CORCORAN, CLERK
                                               BY:
                                                     DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 5-06-cr-00015-02 |
| v. ) | **ORDER** |
| JUAN CASTENADA RENTERIA, ) | By: Glen E. Conrad |
| ) | United States District Judge |
| Defendant. ) | |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: December 1, 2006

_____
United States District Judge